IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO K. MOORE,

      Plaintiff,                      No. 2:12-cv-0997 KJN P

    vs.

MICHAEL McDONALD, et al.,

      Defendants.          ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out by the institution.[1] Also, plaintiff has not filed a <u>certified</u> copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. <u>See</u> 28 U.S.C. § 1915(a)(2). Therefore, plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

////

---

[1] Plaintiff completed and signed the certificate portion of the form. Plaintiff is advised that this form must be certified by prison officials at the institution of incarceration.

1

1  In accordance with the above, IT IS HEREBY ORDERED that:

2  1. Within thirty days from the date of this order, plaintiff shall complete the
3  attached Notice of Submission and submit the following documents to the court:

4  a. A complete Application to Proceed In Forma Pauperis By a Prisoner; and

5  b. A certified copy of plaintiff's prison trust account statement for the six-month
6  period immediately preceding the filing of the complaint.

7  2. The Clerk of the Court is directed to send plaintiff a new Application to
8  Proceed In Forma Pauperis By a Prisoner; and

9  3. Plaintiff's failure to comply with this order may result in the dismissal of this
10 action without prejudice.

11 DATED: May 25, 2012

13 _____
   KENDALL J. NEWMAN
14 UNITED STATES MAGISTRATE JUDGE

15 moor0997.3c

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIO K. MOORE, | | |
| Plaintiff, | | No. 2:12-cv-0997 KJN P |
| vs. | | |
| MICHAEL McDONALD, et al., | | NOTICE OF SUBMISSION |
| Defendants. | | |
| _____/ | | |

    Plaintiff hereby submits the following document in compliance with the court's order filed _____:

    _____    Complete Application to Proceed In Forma Pauperis By a Prisoner/Certified Copy of Prison Trust Account Statement

DATED:

_____
Plaintiff

3