IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO K. MOORE,

      Plaintiff,                    No. 2:12-cv-0997 KJN P

      vs.

MICHAEL McDONALD, et al.,

      Defendants.           <u>ORDER</u>

                               /

          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out by the institution.[1] Also, plaintiff has not filed a <u>certified</u> copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. <u>See</u> 28 U.S.C. § 1915(a)(2). Therefore, plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

////

---

[1] Plaintiff completed and signed the certificate portion of the form. Plaintiff is advised that this form must be certified by prison officials at the institution of incarceration.

1

1         In accordance with the above, IT IS HEREBY ORDERED that:

2         1. Within thirty days from the date of this order, plaintiff shall complete the

3 attached Notice of Submission and submit the following documents to the court:

4         a. A complete Application to Proceed In Forma Pauperis By a Prisoner; and

5         b. A certified copy of plaintiff's prison trust account statement for the six-month

6 period immediately preceding the filing of the complaint.

7         2. The Clerk of the Court is directed to send plaintiff a new Application to

8 Proceed In Forma Pauperis By a Prisoner; and

9         3. Plaintiff's failure to comply with this order may result in the dismissal of this

10 action without prejudice.

11 DATED: May 25, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

moor0997.3c

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO K. MOORE,

     Plaintiff,                         No. 2:12-cv-0997 KJN P

     vs.

MICHAEL McDONALD, et al.,          NOTICE OF SUBMISSION

     Defendants.

_____/

     Plaintiff hereby submits the following document in compliance with the court's order filed _____:

               _____       Complete Application to Proceed In Forma Pauperis By a Prisoner/Certified Copy of Prison Trust Account Statement

DATED:

                                                                                        Plaintiff